DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GREEN

No. 323P85.

Case below: 74 N.C. App. 608.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

STATE v. HITCHCOCK

No. 322P85.

Case below: 75 N.C. App. 65.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

STATE v. JONES

No. 426P85.

Case below: 75 N.C. App. 615.

Petition by defendant for writ of supersedeas and temporary stay denied 23 July 1985.

STATE v. LATTA

No. 450P85.

Case below: 75 N.C. App. 611.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 13 August 1985. Petition by Attorney General for writ of supersedeas and temporary stay denied 13 August 1985.

STATE v. MCKEITHAN

No. 342P85.

Case below: 74 N.C. App. 608.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.